UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REGIE ALINXON HENRIQUEZ
NARANJO,

          Petitioner,

v.                                                                  Case No. 3:26-cv-1027-JEP-SJH

MARKWAYNE MULLIN, et al.,

          Respondents.

_____

**<u>ORDER</u>**

Petitioner's Emergency Motion for Immediate Release and Enforcement of the Court's June 26, 2026 Order Granting Petition for Writ of Habeas Corpus (Doc. 13) is **STRICKEN** for failure to comply with the Court's Local Rules. Specifically, Local Rule 3.01(b) requires that all motions be supported by a memorandum of law; Local Rule 3.01(f) requires that any "emergency" motion "include an introductory paragraph that explains the nature of the exigency and states the day by which a ruling is requested"; and Local Rule 3.01(g) provides that "[b]efore filing a motion in a civil

action . . . the movant must confer with the opposing party in a good faith effort to resolve the motion" and attach a certification attesting to having satisfied that duty.

   **DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2026.

                                          Samuel J. Horovitz
                                          United States Magistrate Judge


caw 7/23
c:
Counsel of Record